A. M. JAMES v. D. E. AUTRY et al. *
(No. 2209.)

(Court of Civil Appeals of Texas. Amarillo. Nov. 21, 1923. Rehearing Denied Dec. 19, 1923.)

Appeal from District Court, Dallam County; Reese Tatum, Judge.

R. E. Stalcup, of Dalhart, for appellant.
Tatum & Strong, of Dalhart, for appellees.

RANDOLPH, J. This and J. R. Jenkins v. D. E. Autrey et al. (No. 2208) 256 S. W. 672, this day decided by us, are companion cases. The same questions are presented in this case as are presented in that, and for the reasons set forth in the opinion in that case the judgment of the trial court in this case is hereby affirmed.

*Writ of error refused January 30, 1924.